UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK MUNNS, CHRISTA MUNNS,
Administrators for the
separate Estate of
JOSHUA MUNNS, DENNIS
DEBRABANDER, SHARON
DEBRABANDER, Administrators
for the separate Estate of
JOHN YOUNG and LORI SILVERI,
Administrator for the separate
Estate of JOHN COTE,

On behalf of themselves as
individuals and as taxpeyers,

                              NO. CIV. S-10-681 LKK/KJM

       Plaintiffs,

  v.

                                  O R D E R

HILLARY DIANE RODHAM CLINTON,
in her official capacity as
UNITED STATES SECRETARY OF
STATE; JENNIFER FOO, in her
official capacity,

       Defendants.
_____/

    On March 22, 2010, the court filed an order setting a status (pretrial scheduling) conference for May 24, 2010 at 3:30 p.m. Parties were instructed to file status reports fourteen (14) days

1

1 prior to the status conference. Counsel for plaintiff failed to
2 file a status report, despite being called by chambers to remind
3 him to submit the report.
4     Based on the above, the court ORDERS as follows:
5     1.  Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in
6         writing why sanctions should not issue in accordance
7         with Local Rule 110, including a fine of $150 and/or
8         dismissal of this case within fourteen (14) days of the
9         issuance of this order See Fed. R. Civ. P. 41(b), <u>Link</u>
10         <u>v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962).
11     2.  Plaintiff shall serve defendants within fifteen (15)
12         days from the date of this order.
13     3.  The court SETS a further status conference for August 2,
14         2010 at 3:30 p.m. Parties shall file status reports
15         fourteen (14) days prior to the status conference.
16 IT IS SO ORDERED.
17 DATED: May 26, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT