THE LAW OFFICES OF WILLIAM W. PALMER
WILLIAM W. PALMER  (State Bar No. 146404)
575 University Ave., Suite 100
Sacramento, California  95825
Telephone : (916) 564-4458
Facsmile : (916) 564-5758
Email : WPalmer@palmercorp.com

ZACHARY RICHTER
Trial Attorney, Civil Division
SIEGMUND FUCHS
Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone : (202) 616-4199
Facsimile : (202) 616-4314
Email : Zachary.Richter@usdoj.gov
Email : Siegmund.F.Fuchs@usdoj.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MUNNS, CHRISTA MUNNS Administrators for the separate Estate of JOSHUA MUNNS, DENNIS DEBRABANDER, SHARON DEBRABANDER Administrators for the separate Estate of JOHN YOUNG, AND LORI SILVERI Administrator for the separate Estate of John Cote,<br><br>On behalf of themselves as individuals and as taxpayers,<br><br>    PLAINTIFFS,<br><br>    vs.<br><br>HILLARY DIANE RODHAM CLINTON, in her official capacity as UNITED STATES SECRETARY OF STATE; JENNIFER FOO, in her official capacity;<br><br>    DEFENDANTS. | Case No.:   2:10-cv-000681 –MCE – EFB<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:    May 5, 2011<br>Time:    2:00 p.m.<br>Ctrm:    7<br><br>(Hon. Judge Morrison C. England, Jr.) |

- 1 -

**STIPULATION AND REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANTS'
MOTION TO DISMISS**


**STIPULATION**

WHEREAS, Defendants United States, Hillary Diane Rodham Clinton, and Jenny Foo filed and served Motions to Dismiss (the "Motions") on March 7, 2011, and the hearing is currently scheduled for 2:00 p.m. on May 5, 2011 in Courtroom 7 of this Court;

WHEREAS, Plaintiffs' oppositions to the Motions were due on or before March 24, 2011;

WHEREAS, on March 29, 2011, counsel for Plaintiffs contacted counsel for Defendants to request additional time to file Plaintiffs' oppositions to the Motions and a continuance of the hearing date for the Motions based on family illness and unavailability. Further, paralegal for Plaintiffs' counsel and the only staff member able to assist Plaintiffs' counsel with the preparation of the Oppositions was unavailable. The paralegal was in the hospital with his four-month-old daughter who was rushed to the hospital and remained there for over seven days, and was treated for dehydration and urinary tract infection. She is now an outpatient and is still closely monitored by doctors and was referred to a gastrointestinal specialist in the Bay Area. As a consequence, the paralegal was absent and unavailable. Plaintiffs' counsel has primary custody of his three children, two of which were ill and had to be taken from school during the week the opposition was due.

WHEREAS, on April 4, 2011, this Court granted Plaintiffs' unopposed request for an extension of time to file their oppositions from March 24, 2011, until April 7, 2011, based on the circumstances described above, and also granted the parties' joint request to move the hearing date from April 7, 2011, to May 5, 2011.

WHEREAS, on April 6, 2011 counsel for Plaintiffs contacted counsel for Defendants to request additional time to file Plaintiffs' oppositions to the Motions and a

continuance of the hearing date for the Motions based on the circumstances describe above.

WHEREAS, Defendants do not oppose Plaintiffs' request for an extension of time to file their opposition;

IT IS HEREBY STIPULATED and agreed to by and between the parties, through their respective counsel of record, that Plaintiffs' Oppositions to the Motions shall be filed with this Court no later than April 11, 2011.

Dated: April 8, 2011    Law Offices of William W. Palmer

By:_____/s/_____
WILLIAM W. PALMER
*Attorney for Plaintiffs*

Dated: April 8, 2011    United States Department of Justice, Civil Division

By:_____/s/_____
SIEGMUND FUCHS
*Attorney for Defendants*

**STIPULATION AND REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Plaintiffs' Oppositions to the Motions shall be filed with this Court no later than April 11, 2011.

Date:  April 11, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE