UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARK MUNNS, et al.,                    No. 2:10-cv-00681-MCE-EFB

      Plaintiffs,

  v.                                   ORDER

HILARY DIANE RODHAM CLINTON, et al.,

      Defendants.

----oo0oo----

Presently before the Court are Defendants' Motions to Dismiss Plaintiffs' Complaint ("Motions"). Defendants filed their Motions on March 7, 2011, and originally set them for hearing on April 7. Any Opposition to Defendants' Motions was due to be filed not later than March 24. Plaintiff never filed an Opposition and, on March 31, the parties filed a stipulation with the Court whereby they agreed to continue the April 7 hearing to May 5. The Court agreed to continue the hearing date and ordered that any Opposition was to be filed not later than April 7.

///

1

1  On April 8, the parties filed an additional stipulation seeking Court approval for Plaintiffs to file their Opposition not later than April 11.  To date, no Opposition has been filed.

  Accordingly, the hearing in this matter is hereby continued to May 19, 2011, at 2:00 p.m. in Courtroom 7.  If no Opposition is filed by 4:00 p.m. on Thursday, April 28, 2011, Plaintiffs' Complaint will be dismissed without further notice to the parties.  E.D. Cal. Local Rule 110.  If Plaintiffs choose to file an Opposition by the above deadline, any Reply must be filed not later than Thursday, May 12, 2011.

  IT IS SO ORDERED.

 Dated: April 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2