UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK MUNNS, et al.,                  No. 2:10-cv-00681-MCE-EFB

    Plaintiffs,

  v.                            ORDER

HILLARY CLINTON, et al.,

    Defendants.

----oo0oo----

Presently before the Court is the parties' stipulation based on Defendants' request to continue the hearing on Defendants' pending motions to dismiss. For good cause shown, the hearing on those motions is continued to June 23, 2011, at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: May 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1