UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK MUNNS, et al.,

       Plaintiffs,

   v.

HILLARY CLINTON, et al.,

       Defendants.

No. 2:10-cv-00681-MCE-EFB

ORDER EXTENDING TIME FOR JOINT STATUS REPORT & RULE 26(f) CONFERENCE

----oo0oo----

Presently before the Court is the a stipulation filed by Plaintiffs and Defendant United States requesting an extension of the deadline to confer under Federal Rule of Civil Procedure 26(f) and to submit a joint status report. For good cause shown, the time for the parties to confer under Rule 26(f) and to submit a joint status report shall be extended until sixty (60) days from the resolution of the United States' anticipated motion to dismiss the Amended Complaint.

    IT IS SO ORDERED.

Dated: January 18, 2012

                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE