UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARK MUNNS, et al., | No. 2:10-cv-00681-MCE-EFB |
| Plaintiffs, | |
| v. | ORDER |
| HILLARY DIANE RODHAM CLINTON, et al., | |
| Defendants. | |

On July 17, 2012, this Court issued a Minute Order ordering Plaintiffs to show cause ("OSC") why this case should not be dismissed for failure to adhere with Eastern District of California Local Rules, the Federal Rules of Civil Procedure and/or the orders of this Court. Plaintiffs' counsel subsequently responded to that OSC advising the Court of the circumstances giving rise to his failure to comply with the applicable rules and this Court's Orders. Good cause having been shown, the Court declines to impose sanctions at this time.

///

///

1

The Court is also in receipt, however, of Plaintiffs' Notice of Voluntary Dismissal of Defendants Lloyd's of London ("Lloyd's") and CAN Financial Corporation ("CAN Financial"), the only remaining Defendants in this action.  Accordingly, Lloyd's and CAN Financial are hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE